1  MAUREEN E. McCLAIN (State Bar No. 062050)
   Email: mcclain@kmm.com
2  MATTHEW P. VANDALL (State Bar No. 196962)
   Email: vandall@kmm.com
3  KAUFF McCLAIN & McGUIRE LLP
   One Post Street, Suite 2600
4  San Francisco, California  94104
   Telephone:   (415) 421-3111
5  Facsimile:    (415) 421-0938

6  Attorneys for Defendant
   CBS RADIO HOLDINGS, INC.
7
   ROBERT P. HENK (State Bar No. 147490)
8  SHERI L. LEONARD (State Bar No. 173544)
   Email: henkleonard@aol.com
9  HENKLEONARD
   A Professional Law Corporation
10 735 Sunrise Avenue, Suite 160
   Roseville, CA  95661
11 Telephone:   (916) 787-4544
   Facsimile:    (916) 787-4530
12
   Attorneys for Plaintiff
13 PEGGY LEWIS

14
                    UNITED STATES DISTRICT COURT
15
                    EASTERN DISTRICT OF CALIFORNIA
16

17
| PEGGY LEWIS, | CASE NO. 2:06-CV-02716-LKK-DAD |
|---|---|
| Plaintiff, | **STIPULATION FOR PROTECTIVE ORDER AND ORDER** |
| v. | |
| CBS RADIO, INC. and DOES 1 through 5, inclusive, | **OMPLAINT FILED:** October 23, 2006<br>**REMOVAL DATE:** November 30, 2006 |
| Defendant. | **TRIAL DATE:**  No date set. |

24         IT IS STIPULATED AND AGREED BY THE PARTIES, THROUGH THEIR

25 RESPECTIVE COUNSEL, THAT:

26         On October 23, 2006, Plaintiff filed a civil action in the Superior Court,

27 County of Sacramento, against a Defendant named as "CBS Radio, Inc". On November

28

KAUFF, MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA  94104
TELEPHONE (415) 421-3111

STIPULATION FOR PROTECTIVE ORDER AND [PROPOSED] ORDER          CASE NO. 2:06-CV-02716-LKK-DAD

PDF created with pdfFactory trial version www.pdffactory.com

1  30, 2006, Defendant CBS Radio Holdings, Inc. (the correct corporate defendant)
2  ("Corporation") removed such action to this Court pursuant to 28 U.S.C. § 1441 (b).

3      1.    Lewis alleges, *inter alia*, disability discrimination under the California
4  Fair Employment & Practices Act.  Defendant denies all such allegations.

5      2.    Given Plaintiff's allegations, discovery in this case may concern
6  confidential personnel and related information regarding Corporation's employees or
7  former employees (apart from Plaintiff).  Corporation and Corporation's employees have
8  privacy-related interests concerning such information.  Discovery may also encompass
9  confidential financial or proprietary corporate information.  Further, discovery may
10 concern confidential health information about Plaintiff.  Confidential health, personnel,
11 financial and proprietary information is referred to as "Confidential Information" in the
12 remainder of this Stipulation.  The parties enter into this Stipulation to address such
13 privacy and proprietary information concerns.

14     3.    Therefore Plaintiff and Defendant (hereafter "the parties") HEREBY
15 STIPULATE that Confidential Information, whether presented in documents, discovery
16 responses, summaries or any other means, will be used only for purposes related to this
17 action, and will not be publicly disseminated or discussed outside of the captioned
18 lawsuit.

19     4.    Confidential Information covered by this Stipulation is not to be
20 made public in any way or provided to, shown to, quoted from or cited to any third party
21 except (a) any prospective witness or deponent (or their counsel) connected to this case
22 or, (b) any professional consultant retained by a party in this case or, (c) in any court
23 proceeding in the case.  If any such witness, deponent, or consultant is provided with
24 material or information covered by this Stipulation, he or she will be advised in writing by
25 the party granting disclosure of the prohibition against disclosure of that information and
26 will be required to acknowledge in writing that he or she has been informed of, and
27 accepts, the obligation not to disclose Confidential Information, prior to receiving such
28 information.

KAUFF, MCCLAIN
& MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-2-

STIPULATION FOR PROTECTIVE ORDER AND [PROPOSED] ORDER
CASE NO. 2:06-CV-02716-LKK-DAD

PDF created with pdfFactory trial version www.pdffactory.com

5.  Any document produced by, or used by, a party in this action which contains Confidential Information shall be marked "Confidential" or orally designated as such during a deposition. If any party disagrees with the designation, the parties shall meet and confer over the issue; however, the confidentiality of the document or information shall be observed until the matter has been resolved in a meet and confer process or, if necessary, by the Court. If a document or information is produced or provided on a non-confidential basis, the other party may notify the producing party of its view that the document or information is confidential. Such confidentiality shall similarly be maintained until the issue is resolved through agreement of the parties, the meet and confer process, or by the Court. If the parties cannot reach agreement, the party seeking confidentiality must request the Court's ruling through the usual processes, and must initiate those processes within fifteen (15) days after the meet and confer procedure results in an impasse between the parties.

6.  Nothing in this Stipulation limits the rights of the parties to obtain otherwise discoverable information. Similarly, nothing in this Stipulation shall be construed as requiring any party to produce information which it considers privileged or otherwise not subject to discovery. By entering into this Stipulation, no party waives any objections it would otherwise have to any discovery request propounded in this action. Nor will disclosure, pursuant to this Stipulation, of materials protected by the right of privacy be deemed a waiver of the third party's claim to right of privacy.

7.  Within fifteen (15) days following final disposition of this action, Plaintiff and/or her attorneys shall return to counsel for Defendant documents (including all copies) produced in this litigation which Defendant designated as containing Confidential Information. Any documents prepared by Plaintiff or on her behalf derived from such Confidential Information shall be maintained in confidence by Plaintiff and her counsel, and shall not be distributed or used for any purpose by Plaintiff and her counsel thereafter. Defendant shall return to counsel for Plaintiff all documents (including all copies) containing confidential health information concerning Plaintiff, as long as such

KAUFF, MCCLAIN
& MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-3-

STIPULATION FOR PROTECTIVE ORDER AND [PROPOSED] ORDER    CASE NO. 2:06-CV-02716-LKK-DAD

PDF created with pdfFactory trial version www.pdffactory.com

1  documents are not otherwise part of the records Defendant had in its possession before
2  the litigation commenced.  Defendant and its counsel will maintain on a confidential
3  basis any documents derived from documents containing confidential health information
4  about Plaintiff which were provided to Defendant for the first time in this litigation.
5       8.    This Stipulation is subject to change only through written agreement
6  of the parties or pursuant to a motion for modification.

DATED: February 15, 2007     KAUFF, MCCLAIN & MCGUIRE, LLP

By:  /s/ Maureen E. McClain
     MAUREEN E. MCCLAIN

Attorneys for Defendant
CBS RADIO HOLDINGS, INC.

DATED: February 15, 2007     HENKLEONARD

By:  /s/ Sheri L. Leonard (as authorized on 2/15/07)
     SHERI L. LEONARD

Attorneys for Plaintiff
PEGGY LEWIS

**IT IS SO ORDERED.**

DATED: March 6, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

KAUFF, MCCLAIN
& MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-4-

STIPULATION FOR PROTECTIVE ORDER AND [PROPOSED]
ORDER

CASE NO. 2:06-CV-02716-LKK-DAD

PDF created with pdfFactory trial version www.pdffactory.com