MAUREEN E. McCLAIN (State Bar No. 062050)
Email: mcclain@kmm.com
MATTHEW P. VANDALL (State Bar No. 196962)
Email: vandall@kmm.com
KAUFF McCLAIN & McGUIRE LLP
One Post Street, Suite 2600
San Francisco, California  94104
Telephone:   (415) 421-3111
Facsimile:    (415) 421-0938

Attorneys for Defendant
CBS RADIO HOLDINGS, INC. (sued herein
erroneously as CBS RADIO, INC.)

ROBERT P. HENK (147490)
SHERI L. LEONARD (173544)
HENKLEONARD
A Professional Law Corporation
735 Sunrise Avenue, Suite 160
Roseville, CA  95661
Telephone:   (916) 787-4544
Facsimile:    (916) 787-4530
Email: henkleonard@aol.com

Attorneys for Plaintiff
PEGGY LEWIS

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGGY LEWIS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CBS RADIO, INC., and DOES 1 through 5, inclusive,<br><br>　　　　　　Defendant. | CASE NO. 06-CV-02716 LKK DAD<br><br>**STIPULATION AND ORDER FOR REQUEST FOR DISMISSAL** |

**IT IS HEREBY STIPULATED** by and between the Plaintiff and Defendant, through their designated counsel of record, that this case be dismissed in its entirety, with prejudice, pursuant to FRCP 41(a)(1).

KAUFF, MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

STIPULATION AND [PROPOSED] ORDER FOR REQUEST FOR DISMISSAL    CASE NO. 06-CV-02716 LKK DAD

PDF created with pdfFactory trial version www.pdffactory.com

1  DATED: May 24, 2007                    KAUFF McCLAIN & McGUIRE LLP

3                                         By: /s/MAUREEN E. McCLAIN
                                                  MAUREEN E. McCLAIN

5  Attorneys for Defendant
   CBS RADIO HOLDINGS, INC. (sued
   herein erroneously as CBS RADIO, INC.)

7  DATED: May 24, 2007                    HENKLEONARD

9                                         By: /s/SHERI L. LEONARD
                                                  SHERI L. LEONARD

11 Attorneys for Plaintiff,
   PEGGY LEWIS

**IT IS SO ORDERED.**

Dated: May 25, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-2-

STIPULATION AND [PROPOSED] ORDER FOR REQUEST FOR DISMISSAL                    CASE NO. 06-CV-02716 LKK DAD

PDF created with pdfFactory trial version www.pdffactory.com